UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : 1:98CR00103-001T
:
MICHAEL FORTI :

**ORDER TO SHOW CAUSE**

Facts having been presented to this Court by the Government pursuant to 28 U.S.C. § 636(e), indicating Defendant's contempt of Magistrate Judge Robert W. Lovegreen's Order of November 26, 2002 due to alleged non-payment of restitution, it is hereby

ORDERED that Defendant, MICHAEL FORTI, shall appear personally before this Court in Courtroom A, United States District Court, John O. Pastore Federal Building, Two Exchange Terrace, Providence, Rhode Island on the 5th day of August, 2005, at 10:00 a.m., and show cause why this Court should not certify the facts as presented by the Government and issue a Report and Recommendation to Chief Judge Ernest C. Torres recommending that he hold MICHAEL FORTI in contempt of the Order issued by Magistrate Judge Robert W. Lovegreen on November 26, 2002 for failure to pay as ordered.

PER ORDER:

Deputy Clerk

ENTER:

Lincoln D. Almond
United States Magistrate Judge
July 5, 2005