U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 1:98CR00103-001T |
| DEFENDANT | TYPE OF PROCESS |
| MICHAEL FORTI | ORDER |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Michael Forti

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
[redacted]

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

United States Attorney
Michael P. Iannotti, Asst. U.S. Attorney
Fleet Center - 8th Floor
50 Kennedy Plaza
Providence, Rhode Island 02903

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

Please serve as soon as possible. Any questions should be referred to Sylvia S. Dulgarian 401-709-5000.

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Kenneth P. Madden, FAUSA | ☒ PLAINTIFF ☐ DEFENDANT | 401-709-5000 | 7/7/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 72 | [signature] | 7/7/05 |

I hereby certify and return that ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
MICHAEL FORTI

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*
[redacted]

| Date of Service | Time | am / pm |
|---|---|---|
| 7-13-05 | 8:28 | am |

Signature of U.S. Marshal or Deputy
C.A Moore

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $ 45.00 | $ 3.65 | | | | | |

REMARKS:

TOTALS - 1DUSM, 1 HR, 9 MILES 1 END. ✓ SERVED 7/13/05 C.MOORE

[signatures] 7-13-05

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : 1:98CR00103-001T
:
MICHAEL FORTI :

**ORDER TO SHOW CAUSE**

Facts having been presented to this Court by the Government pursuant to 28 U.S.C. § 636(e), indicating Defendant's contempt of Magistrate Judge Robert W. Lovegreen's Order of November 26, 2002 due to alleged non-payment of restitution, it is hereby

ORDERED that Defendant, MICHAEL FORTI, shall appear personally before this Court in Courtroom A, United States District Court, John O. Pastore Federal Building, Two Exchange Terrace, Providence, Rhode Island on the 5th day of August, 2005, at 10:00 a.m., and show cause why this Court should not certify the facts as presented by the Government and issue a Report and Recommendation to Chief Judge Ernest C. Torres recommending that he hold MICHAEL FORTI in contempt of the Order issued by Magistrate Judge Robert W. Lovegreen on November 26, 2002 for failure to pay as ordered.

PER ORDER:

Deputy Clerk

ENTER:

Lincoln D. Almond
United States Magistrate Judge
July 5, 2005

Attest to
True Copy
DAVID A. DiMARZIO
By Deputy Clerk