**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR98-103T** **DATE: August 5, 2005**

**TITLE: USA v. Michael Forti**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Michael Iannotti, AUSA
Michael Forti, Pro Se

**PROCEEDINGS:** Show Cause Hearing and Motion for Certification of Contempt

AUSA gives history of case.
Court questions Deft.
Govt moves to withdraw motion without prejudice.
Court conditionally grants Motion to withdraw.
Court will check to see if check cleared.