IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAY 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
 )
v. ) 1:98CR00103-001T
 )
MICHAEL FORTI )

8/31/05: WITHDRAWN BY GOVERNMENT ON 8/29/05 IN VIEW OF DEFENDANT'S BELATED COMPLIANCE.

**MOTION FOR CERTIFICATION OF CONTEMPT AND ISSUANCE OF ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT**

Now comes the United States of America, by and through its undersigned attorneys, pursuant to 28 U.S.C. § 636(e), and moves that United States Magistrate Judge Lincoln D. Almond certify to Chief United States District Court Judge Ernest C. Torres the contempt of the defendant for his failure to comply with the November 26, 2002, Order of United States Magistrate Judge Robert W. Lovegreen.

The United States further moves that, after said certification, the Court enter an Order to show cause why the defendant should not be adjudged in contempt for failure to comply with the aforesaid Order.

In support of its Motion, the United States refers to the reasons set forth in the accompanying Affidavit of the undersigned.

Respectfully submitted,

UNITED STATES OF AMERICA
By Its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant United States Attorney

Referred to U.S.M.J. Almond
☑ for findings & recommendations
☐ for determination
☐ ______
Ernest C. Torres, Chief Judge
Date: 6/14/05

As to whether Forti should be held in contempt for failure to pay as ordered on 11/26/02