IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:98CR00103-001T |
| | ) | |
| MICHAEL FORTI | ) | |

WITHDRAWAL OF GOVERNMENT'S MOTION
FOR CERTIFICATION OF CONTEMPT AND ISSUANCE OF ORDER
TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT

Now comes the United States of America, by and through its undersigned attorneys, Robert Clark Corrente, United States Attorney, and Michael P. Iannotti, Assistant United States Attorney, and withdraws its May 20, 2005, Motion for Certification of Contempt and Issuance of an Order to Show Cause Why Defendant Should Not Be Held in Contempt.

This matter came on to be heard on August 5, 2005, and the government reported that on August 3, 2005, the defendant brought his payments up to date in accordance with the Order entered November 26, 2002. The government has ascertained that, as of August 29, 2005, the defendant's check has not been returned by the bank.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Certificate of Service

I hereby certify that on the 29th day of August, 2005, a copy of the within Withdrawal of Government's Motion for Certification of Contempt and Issuance of Order to Show Cause Why Defendant Should Not Be Held in Contempt by first-class mail, postage prepaid, to Mr. Michael Forti, 11 Dixon Street, North Providence, Rhode Island 02904.

Sylvia Boulgarian